**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: SAVANAH'S FURNITURE & MATTRESSES, I | § | Case No. 14-83220-TML |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 23, 2014. The undersigned trustee was appointed on December 03, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $        16,503.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 480.00 |
| Administrative expenses | 6,517.99 |
| Bank service fees | 56.80 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]      $ | 9,448.21 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/07/2015 and the deadline for filing governmental claims was 04/21/2015.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,400.30.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,400.30, for a total compensation of $2,400.30.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/15/2015              By: /s/STEPHEN G. BALSLEY
                              Trustee, Bar No.: 1048412

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83220-TML  
**Case Name:** SAVANAH'S FURNITURE & MATTRESSES, I  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 10/23/14 (f)  
**§341(a) Meeting Date:** 11/24/14  

**Period Ending:** 05/15/15  
**Claims Bar Date:** 04/07/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash register | 76.00 | 0.00 | | 0.00 | FA |
| 2 | Business checking account with Chase | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Security deposit with Lakemoor Crossing | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Fax/printer, computer, 2 file cabinets, rack, 3 | 1,000.00 | 163.00 | | 163.00 | FA |
| 5 | Inventory as of 10/22/14 | 55,000.00 | 55,000.00 | | 16,340.00 | FA |
| 5 | **Assets** Totals (Excluding unknown values) | **$57,176.00** | **$55,163.00** | | **$16,503.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   May 15, 2015   **Current Projected Date Of Final Report (TFR):**   May 15, 2015  (Actual)

Printed: 05/15/2015 02:31 PM    V.13.23

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-83220-TML  
**Case Name:** SAVANAH'S FURNITURE & MATTRESSES, I

**Taxpayer ID #:** **-***2501  
**Period Ending:** 05/15/15

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5266 - Checking Account  
**Blanket Bond:** $598,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/29/15 | | Action Auctioneering | Proceeds from sale of equipment and inventory | | 16,503.00 | | 16,503.00 |
| | {4} | | Sale of computer, file cabinet, rack, desk at auction  163.00 | 1129-000 | | | 16,503.00 |
| | {5} | | Sale of inventory at auction  16,340.00 | 1129-000 | | | 16,503.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.15 | 16,480.85 |
| 03/12/15 | 101 | Action Auctioneering | Commission and Reimbursement of Expenses from Auction | | | 6,517.99 | 9,962.86 |
| | | | Commission to Auctioneer (25%)  4,125.75 | 3610-000 | | | 9,962.86 |
| | | | Auctioneer Expenses  2,392.24 | 3620-000 | | | 9,962.86 |
| 03/12/15 | 102 | Southern Motion, Inc. | Reclamation Claim for three pieces of inventory sold at auction; see Order entered March 2, 2015 | 4210-000 | | 480.00 | 9,482.86 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.05 | 9,461.81 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.60 | 9,448.21 |
| | | | **ACCOUNT TOTALS** | | 16,503.00 | 7,054.79 | **$9,448.21** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 16,503.00 | 7,054.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,503.00** | **$7,054.79** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5266** | 16,503.00 | 7,054.79 | 9,448.21 |
| | $16,503.00 | $7,054.79 | $9,448.21 |

{} Asset reference(s)

Printed: 05/15/2015 02:31 PM V.13.23

# Exhibit C

## Case: 14-83220-TML SAVANAH'S FURNITURE & MATTRESSES, I

Claims Bar Date: 04/07/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00 Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>10/23/14 |  | $3,791.50<br>$3,791.50 | $0.00 | $3,791.50 |
|  | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>10/23/14 |  | $2,400.30<br>$2,400.30 | $0.00 | $2,400.30 |
| 1 | The CIT Group/Commercial Services, Inc.<br>11 West 42nd Street<br>New York, NY 10036<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/05/14 | 2422 | $6,334.95<br>$6,334.95 | $0.00 | $6,334.95 |
| 2 | L & P Financial Services Co<br>Attn: Shelby Davey<br>No 1 Leggett Rd<br>Carthage, MO 64836<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/17/14 | Attn: Shelby Davey<br>No 1 Leggett Rd<br>Carthage, MO 64836<br>------------------------------------------------------------------------------* * * | $373.40<br>$373.40 | $0.00 | $373.40 |
| 3 | BB&T Commercial Finance<br>POB 310<br>High Point, NC 27261<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/05/14 | POB 310<br>High Point, NC 27261<br>------------------------------------------------------------------------------* * * | $390.00<br>$390.00 | $0.00 | $390.00 |
| 4 | Helco Corporation<br>C/O Tyler Manic<br>70 West Madison, Ste. 5300<br>Chicago, IL 60602<br><4110-00 Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>01/14/15 | C/O Tyler Manic<br>70 West Madison, Ste. 5300<br>Chicago, IL 60602<br>------------------------------------------------------------------------------* * *<br>Claim No. 4 is allowed as a secured claim but disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | $46,070.12 *<br>$0.00 | $0.00 | $0.00 |

(*) Denotes objection to Amount Filed

# Exhibit C

## Case: 14-83220-TML  SAVANAH'S FURNITURE & MATTRESSES, I

Claims Bar Date: 04/07/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | A-America<br>P.O. Box 58408<br><br>Seattle, WA 98138<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/16/15 | P.O. Box 58408<br>Seattle, WA 98138<br>-------------------------------------------------------------------------------* * * | $1,300.00<br>$1,300.00 | $0.00 | $1,300.00 |
| 6 | Clipper Magazine LLC<br>P.O. Box 610<br>3708 Hempland Rd.<br>Mountville, PA 17554<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/27/15 | P.O. Box 610<br>3708 Hempland Rd.<br>Mountville, PA 17554<br>-------------------------------------------------------------------------------* * * | $753.00<br>$753.00 | $0.00 | $753.00 |
| 7 | Rowe Fine Furniture, Inc.<br>c/o FMCA<br>P.O. Box 5929<br>High Point, NC 27262<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/03/15 | | $8,913.85<br>$8,913.85 | $0.00 | $8,913.85 |
| 8 | Rtui<br>Register Tapes Unlimited<br>1445 Langham Creek Drive<br>Houston, TX 77084<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/20/15 | Register Tapes Unlimited<br>1445 Langham Creek Drive<br>Houston, TX 77084<br>-------------------------------------------------------------------------------* * * | $1,755.00<br>$1,755.00 | $0.00 | $1,755.00 |
| 9 | Kathy Picardi<br>2726 Moraine Valley Rd.<br><br>Wauconda, IL 60084<br><br><5600-00  Deposits>,  580 | Priority<br>03/30/15 | 2726 Moraine Valley Rd.<br>Wauconda, IL 60084<br>-------------------------------------------------------------------------------* * *<br>Claim No. 9 is amended by Claim No. 11. | $1,800.00 *<br>$0.00 | $0.00 | $0.00 |
| 10 | Jessica Thrush<br>404 Elaine Ter.<br><br>Lakemoor, IL 60051<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/07/15 | 404 Elaine Ter.<br>Lakemoor, IL 60051<br>-------------------------------------------------------------------------------* * * | $1,450.00<br>$1,450.00 | $0.00 | $1,450.00 |

(*) Denotes objection to Amount Filed

# Exhibit C

## Case:  14-83220-TML    SAVANAH'S FURNITURE & MATTRESSES, I

Claims Bar Date:  04/07/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 | Kathy Picardi<br>2726 Moraine Valley Rd.<br><br>Wauconda, IL 60084<br><br><5600-00   Deposits>,  580 | Priority<br>04/27/15 | 2726 Moraine Valley Rd.<br>Wauconda, IL 60084<br>-------------------------------------------------------------------------------* * *<br>Claim No. 11 amends Claim No. 9 and is allowed as a priority claim. See Order entered May 6, 2015. | $1,800.00<br>$1,800.00 | $0.00 | $1,800.00 |
| 12 | Shaw Media<br>P.O. Box 250<br><br>Crystal Lake, IL 60039-0250<br><br><7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>04/30/15 | P.O. Box 250<br>Crystal Lake, IL 600390250<br>-------------------------------------------------------------------------------* * * | $600.00<br>$600.00 | $0.00 | $600.00 |
| | | | **Case Total:** | | **$0.00** | **$29,862.00** |

**TRUSTEE'S PROPOSED DISTRIBUTION**                              Exhibit D

Case No.: 14-83220-TML
Case Name: SAVANAH'S FURNITURE & MATTRESSES, I
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:**                         $       9,448.21

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Helco Corporation | 46,070.12 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $       0.00
Remaining balance:                        $       9,448.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,400.30 | 0.00 | 2,400.30 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 3,791.50 | 0.00 | 3,791.50 |

Total to be paid for chapter 7 administration expenses:   $       6,191.80
Remaining balance:                                        $       3,256.41

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $       0.00
Remaining balance:                                            $       3,256.41

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,800.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Kathy Picardi | 0.00 | 0.00 | 0.00 |
| 11 | Kathy Picardi | 1,800.00 | 0.00 | 1,800.00 |

**UST Form 101-7-TFR (05/1/2011)**

|  |  | Total to be paid for priority claims: | $ | 1,800.00 |
|---|---|---|---|---|
|  |  | Remaining balance: | $ | 1,456.41 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,270.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | The CIT Group/Commercial Services, Inc. | 6,334.95 | 0.00 | 433.77 |
| 2 | L & P Financial Services Co | 373.40 | 0.00 | 25.57 |
| 3 | BB&T Commercial Finance | 390.00 | 0.00 | 26.70 |
| 5 | A-America | 1,300.00 | 0.00 | 89.01 |
| 6 | Clipper Magazine LLC | 753.00 | 0.00 | 51.56 |
| 7 | Rowe Fine Furniture, Inc. | 8,913.85 | 0.00 | 610.35 |
| 8 | Rtui | 1,755.00 | 0.00 | 120.17 |
| 10 | Jessica Thrush | 1,450.00 | 0.00 | 99.28 |

|  |  | Total to be paid for timely general unsecured claims: | $ | 1,456.41 |
|---|---|---|---|---|
|  |  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 600.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Shaw Media | 600.00 | 0.00 | 0.00 |

|  |  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|---|
|  |  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**