**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: SAVANAH'S FURNITURE & MATTRESSES, I | § | Case No. 14-83220-TML |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  U.S. Courthouse
  327 South Church Street
  Room 1100
  Rockford, IL  61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 06/24/2015 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  06/02/2015         By:    /s/ STEPHEN G. BALSLEY
                                                               Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: SAVANAH'S FURNITURE & MATTRESSES, I  § Case No. 14-83220-TML
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 16,503.00 |
| *and approved disbursements of* | $ | 7,054.79 |
| *leaving a balance on hand of* [1] | $ | 9,448.21 |
| **Balance on hand:** | $ | 9,448.21 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Helco Corporation | 46,070.12 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  9,448.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,400.30 | 0.00 | 2,400.30 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 3,791.50 | 0.00 | 3,791.50 |

Total to be paid for chapter 7 administration expenses:  $  6,191.80
Remaining balance:  $  3,256.41

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 3,256.41 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,800.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Kathy Picardi | 0.00 | 0.00 | 0.00 |
| 11 | Kathy Picardi | 1,800.00 | 0.00 | 1,800.00 |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 1,800.00 |
| | Remaining balance: | $ | 1,456.41 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,270.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | The CIT Group/Commercial Services, Inc. | 6,334.95 | 0.00 | 433.77 |
| 2 | L & P Financial Services Co | 373.40 | 0.00 | 25.57 |
| 3 | BB&T Commercial Finance | 390.00 | 0.00 | 26.70 |
| 5 | A-America | 1,300.00 | 0.00 | 89.01 |
| 6 | Clipper Magazine LLC | 753.00 | 0.00 | 51.56 |
| 7 | Rowe Fine Furniture, Inc. | 8,913.85 | 0.00 | 610.35 |
| 8 | Rtui | 1,755.00 | 0.00 | 120.17 |
| 10 | Jessica Thrush | 1,450.00 | 0.00 | 99.28 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 1,456.41 |
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 600.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Shaw Media | 600.00 | 0.00 | 0.00 |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 14-83220-TML
Savanah's Furniture & Mattresses, I                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: ldixon            Page 1 of 2            Date Rcvd: Jun 04, 2015
                              Form ID: pdf006         Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2015.
db            +Savanah's Furniture & Mattresses, Inc.,    C/O Stephen A. McCoy,    28928 W Route 120,
               Lakemoor, IL 60051-2215
22554132      +A-America,    P.O. Box 58408,    Seattle, WA 98138-1408
22554133      +AdPro Advertising, LLC,    P.O. Box 11854,    Russellville, AR 72812-1854
22554134      +Advance Distribution Inc.,    2816 W 800 N,    Lake Village, IN 46349-9103
22554136       BEMCO Mattress,    4952 Industrial Drive,    Springfield, IL 62703-5346
22554137       Best Craft Furniture Inc.,    7859 County Rd.,    Kaukauna, WI 54130
22554139      +CIT Group,    P.O. Box 1036,    Charlotte, NC 28201-1036
22554140       CIT Group/Commercial Services, Inc.,    P.O. Box 1036,    Charlotte, NC 28201-1036
22554138       Catnapper #4,    P.O. Box 1359,    Cleveland, TN 37364-1359
22554131      +Charles T Reilly,    4310 W Crystal Lake Rd Ste D,    McHenry, IL 60050-4282
22554141      +Clipper Magazine LLC,    P.O. Box 610,    3708 Hempland Rd.,    Mountville, PA 17554-1542
22554142       Comcast Cable,    P.O. Box 3001,    Southeastern, PA 19398-3001
22955142      +Dale Anderson,    22085 N. Old Barrington Rd.,    Barrington, IL 60010-2468
22554143      +Denise Parker,    45 Elm Avenue,    Fox Lake, IL 60020-1806
22554144       Denise Robertson,    28638 W. Scheller,    Lakemoor, IL 60051
22554145      +Elizabeth Richards,    28880 Pilgrims Pass,    Lakemoor, IL 60051-8618
22554146      +Fashion Bed Group,    A Division Of Leggett & Platt Inc.,    6755 W. 65th St.,
               Chicago, IL 60638-4801
22955151      +First Data Corporation,    1 Western Maryland Parkway,    Hagerstown, MD 21740-5146
22749765      +First Data Merchant Services,    5251 Westheimer Rd.,    Houston, TX 77056-5412
22955143      +Gisselle Goranson,    470 Ginger Trail,    Lake Zurich, IL 60047-2558
22684227      +Helco Corporation,    C/O Tyler Manic,    70 West Madison, Ste. 5300,    Chicago, IL 60602-4379
22684228       JPMorgan Chase Bank, N.A.,    POB 659754,    San Antonio, TX 78265-9754
22554147      +Jamie Lemons,    505 Montery Terrace,    McHenry, IL 60050-7109
22955144      +Jan Wolowicki,    260 Rose Hall DR., Unit 270,    Lake Zurich, IL 60047-6258
22554148      +Jessica Thrush,    404 Elaine Ter.,    Lakemoor, IL 60051-8818
22955145      +Joe Forman,    4911 W. Bonner Dr.,    McHenry, IL 60050-4183
22554149      +John Dalton,    8 Secretariat Ct.,    Grayslake, IL 60030-9664
22955146      +Joseph Schuhknecht,    POB 793,    Wauconda, IL 60084-0793
22554150      +Judy Cocks,    5401 N. Ambi Lane,    Johnsburg, IL 60051-6240
22554151      +Kathleen Arneson,    175 Devlin, Apt. 305,    Ingleside, IL 60041-9716
22554152      +Kathy Herrman,    340 Hollywood Terrace,    Lakemoor, IL 60051-8849
22955147      +Kathy Picardi,    2726 Moraine Valley Rd.,    Wauconda, IL 60084-5006
22955148      +Kathy Sanchez,    1806 N. Riverside Dr.,    McHenry, IL 60050-4504
22638364      +L & P Financial Services Co,    Attn: Shelby Davey,    No 1 Leggett Rd,
               Carthage, MO 64836-9649
22554153      #Lakemoor Crossings,    Attn: John Josephitis,    150 Inverness Court,
               Lake Bluff, IL 60044-1923
22554154      +Lane Furniture Industries, Inc.,    5380 Highway 145 South,    Tupelo, MS 38801-0811
22955154       Lane Furniture Industries, Inc.,    POB 417742,    Boston, MA 02241-7742
22955149      +Lori Moss,    77 Somerset Lane,    Buffalo Grove IL 60089-1535
22955150      +Mike Sears,    2231 Fieldcrest Dr.,    Mundelein, IL 60060-5348
22554157       PRA Recovery,    1045 Route 109, #105,    Lindenhurst, NY 11757-1040
22554155      +Pete Wodarz,    521 Castleview Ct.,    N. Barrington, IL 60010-2009
22554156      +Phyllis Nelson,    319 Kenwood Drive,    Round Lake Park, IL 60073-3453
22554158      +Prime Law Group, LLC,    747 S. Eastwood Dr. (Rt. 47),    Woodstock, IL 60098-4634
22554159      #Receivables Control Corporation,    Attn: Heritage Home Group/Lane,    P.O. Box 9658,
               Minneapolis, MN 55440-9658
22554160      +Robin Salisbury,    27269 N. Mack Drive,    Wauconda, IL 60084-1605
22554161      +Rosemarie Tonyan,    34663 Sequoia Drive,    McHenry, IL 60051-9681
22889898       Rowe Fine Furniture Inc.,    c/o FMCA,    POB 5959,    High Point, N.C. 27262
22554162      +Rowe Furniture,    P.O. Box 60324,    Charlotte, NC 28260-0324
22955152      +Rtui,    Register Tapes Unlimited,    1445 Langham Creek Drive,    Houston, TX 77084-5012
22554163      +Sandy Schlaf,    615 Spring Rd.,    Ingleside, IL 60041-8916
22554164      +Serta,    1500 Lee Lane,    Beloit, WI 53511-3980
22554165       Shaw Media,    P.O. Box 250,    Crystal Lake, IL 60039-0250
22554166      +Sign Appeal,    20 E. Grand Avenue,    Fox Lake, IL 60020-1217
22554167      +Southern Motion, Inc.,    P.O. Box 1064,    Pontotoc, MS 38863-1064
22554168      +Stephen A. McCoy,    321 Northlake Road,    Lakemoor, IL 60051-8726
22601908      +The CIT Group/Commercial Services, Inc.,    11 West 42nd Street,    New York, New York 10036-8012,
               Attention: Christine Dery, AVP
22554169      +TheHomeMag Chicago,    301 West Main Street,    Barrington, IL 60010-4225
22955153       Titanic Furniture,    POB 336,    Willow Springs, IL 60480-0336
22554170      +Transfirst LLC,    c/o Legal Department,    5400 LBJ Freeway, Suite 900,    Dallas TX 75240-1054
22554171      +UltraComfort,    401 Bridge St.,    Old Forge, PA 18518-2323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22554135       E-mail/Text: bankruptcy@bbandt.com Jun 05 2015 00:38:57      BB&T,   P.O. Box 890011,
               Charlotte, NC 28289-0011
22702431      +E-mail/Text: bankruptcy@bbandt.com Jun 05 2015 00:38:57      BB&T Commercial Finance,   POB 310,
               High Point NC 27261-0310
                                                                                              TOTAL: 2

```
District/off: 0752-3          User: ldixon              Page 2 of 2           Date Rcvd: Jun 04, 2015
                              Form ID: pdf006           Total Noticed: 62

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty               Barrick Switzer Long Balsley & Van Evera
22554130*        +Savanah's Furniture & Mattresses Inc,    C/O Stephen A McCoy,    28928 W Route 120,
                  Lakemoor, IL 60051-2215
                                                                                             TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2015 at the address(es) listed below:
              Charles T. Reilly    on behalf of Debtor   Savanah's Furniture & Mattresses, Inc.
               chuck8830@comcast.net
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
              Stephen G Balsley    sbalsley@bslbv.com,   IL47@ecfcbis.com
              Stephen G Balsley    on behalf of Auditor Terry M Firch sbalsley@bslbv.com,   IL47@ecfcbis.com
                                                                                             TOTAL: 5
```