# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: SAVANAH'S FURNITURE & MATTRESSES, I   §   Case No. 14-83220-TML
                                              §
                                              §
Debtor(s)                                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,176.00                  Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,736.41   Claims Discharged
                                             Without Payment: $185,901.31

Total Expenses of Administration: $12,766.59

---

3) Total gross receipts of $ 16,503.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $16,503.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $46,550.12 | $480.00 | $480.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,766.59 | 12,766.59 | 12,766.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 30,471.15 | 3,600.00 | 1,800.00 | 1,800.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 156,564.05 | 21,870.20 | 21,870.20 | 1,456.41 |
| **TOTAL DISBURSEMENTS** | $187,035.20 | $84,786.91 | $36,916.79 | $16,503.00 |

    4) This case was originally filed under Chapter 7 on October 23, 2014. The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/18/2015          By: /s/STEPHEN G. BALSLEY
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fax/printer, computer, 2 file cabinets, rack, 3 | 1129-000 | 163.00 |
| Inventory as of 10/22/14 | 1129-000 | 16,340.00 |
| **TOTAL GROSS RECEIPTS** | | **$16,503.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Helco Corporation | 4110-000 | N/A | 46,070.12 | 0.00 | 0.00 |
| | Southern Motion, Inc. | 4210-000 | N/A | 480.00 | 480.00 | 480.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$46,550.12** | **$480.00** | **$480.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,400.30 | 2,400.30 | 2,400.30 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 3,791.50 | 3,791.50 | 3,791.50 |
| Rabobank, N.A. | 2600-000 | N/A | 22.15 | 22.15 | 22.15 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Action Auctioneering | 3610-000 | N/A | 4,125.75 | 4,125.75 | 4,125.75 |
| Action Auctioneering | 3620-000 | N/A | 2,392.24 | 2,392.24 | 2,392.24 |
| Rabobank, N.A. | 2600-000 | N/A | 21.05 | 21.05 | 21.05 |
| Rabobank, N.A. | 2600-000 | N/A | 13.60 | 13.60 | 13.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $12,766.59 | $12,766.59 | $12,766.59 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Kathy Picardi | 5600-000 | N/A | 1,800.00 | 0.00 | 0.00 |
| 11 | Kathy Picardi | 5600-000 | 2,700.00 | 1,800.00 | 1,800.00 | 1,800.00 |
| NOTFILED | Judy Cocks | 5200-000 | 835.62 | N/A | N/A | 0.00 |
| NOTFILED | John Dalton | 5200-000 | 2,622.03 | N/A | N/A | 0.00 |
| NOTFILED | Joe Forman | 5200-000 | 677.22 | N/A | N/A | 0.00 |
| NOTFILED | Joseph Schuhknecht | 5200-000 | 1,125.00 | N/A | N/A | 0.00 |
| NOTFILED | Jan Wolowicki | 5200-000 | 1,455.13 | N/A | N/A | 0.00 |
| NOTFILED | Jamie Lemons | 5200-000 | 827.99 | N/A | N/A | 0.00 |
| NOTFILED | Jessica Thrush | 5200-000 | 1,450.00 | N/A | N/A | 0.00 |
| NOTFILED | Kathleen Arneson | 5200-000 | 650.00 | N/A | N/A | 0.00 |
| NOTFILED | Kathy Picardi | 5200-000 | 1,050.00 | N/A | N/A | 0.00 |
| NOTFILED | Robin Salisbury | 5200-000 | 7,244.44 | N/A | N/A | 0.00 |
| NOTFILED | Sandy Schlaf | 5200-000 | 312.42 | N/A | N/A | 0.00 |
| NOTFILED | Rosemarie Tonyan | 5200-000 | 532.47 | N/A | N/A | 0.00 |
| NOTFILED | Phyllis Nelson | 5200-000 | 2,038.74 | N/A | N/A | 0.00 |
| NOTFILED | Pete Wodarz | 5200-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Kathy Herrman | 5200-000 | 1,005.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Mike Sears | 5200-000 | 660.00 | N/A | N/A | 0.00 |
| NOTFILED | Lori Moss | 5200-000 | 1,281.50 | N/A | N/A | 0.00 |
| NOTFILED | Elizabeth Richards | 5200-000 | 590.00 | N/A | N/A | 0.00 |
| NOTFILED | Kathy Sanchez | 5200-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Denise Parker | 5200-000 | 267.67 | N/A | N/A | 0.00 |
| NOTFILED | Giselle Goranson | 5200-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Denise Robertson | 5200-000 | 170.92 | N/A | N/A | 0.00 |
| NOTFILED | Dale Anderson | 5200-000 | 2,000.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$30,471.15** | **$3,600.00** | **$1,800.00** | **$1,800.00** |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | The CIT Group/Commercial Services, Inc. | 7100-000 | 5,184.95 | 6,334.95 | 6,334.95 | 433.77 |
| 2 | L & P Financial Services Co | 7100-000 | N/A | 373.40 | 373.40 | 25.57 |
| 3 | BB&T Commercial Finance | 7100-000 | 1,792.88 | 390.00 | 390.00 | 26.70 |
| 5 | A-America | 7100-000 | 950.00 | 1,300.00 | 1,300.00 | 89.01 |
| 6 | Clipper Magazine LLC | 7100-000 | 1,506.00 | 753.00 | 753.00 | 51.56 |
| 7 | Rowe Fine Furniture, Inc. | 7100-000 | 8,913.85 | 8,913.85 | 8,913.85 | 610.35 |
| 8 | Rtui | 7100-000 | N/A | 1,755.00 | 1,755.00 | 120.17 |
| 10 | Jessica Thrush | 7100-000 | N/A | 1,450.00 | 1,450.00 | 99.28 |
| 12 | Shaw Media | 7200-000 | 500.00 | 600.00 | 600.00 | 0.00 |
| NOTFILED | BEMCO Mattress | 7100-000 | 631.00 | N/A | N/A | 0.00 |
| NOTFILED | Sandy Schlaf | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Best Craft Furniture Inc. | 7100-000 | 3,201.00 | N/A | N/A | 0.00 |
| NOTFILED | First Data Corporation | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Catnapper #4 | 7100-000 | 1,150.00 | N/A | N/A | 0.00 |
| NOTFILED | Advance Distribution Inc. | 7100-000 | 302.84 | N/A | N/A | 0.00 |
| NOTFILED | Transfirst LLC C/O Legal Department | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CIT Group/Commercial Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | PRA Recovery | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Titanic Furniture | 7100-000 | 2,012.11 | N/A | N/A | 0.00 |
| NOTFILED | Rtui Register Tapes Unlimited | 7100-000 | 1,419.78 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | AdPro Advertising, LLC | 7100-000 | 35,713.72 | N/A | N/A | 0.00 |
| NOTFILED | Lane Furniture Industries, Inc. | 7100-000 | 930.02 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Cable | 7100-000 | 317.83 | N/A | N/A | 0.00 |
| NOTFILED | UltraComfort | 7100-000 | 1,164.58 | N/A | N/A | 0.00 |
| NOTFILED | Transfirst LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | JPMorgan Chase Bank, N.A. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Helco Corporation | 7100-000 | 46,070.00 | N/A | N/A | 0.00 |
| NOTFILED | TheHomeMag Chicago | 7100-000 | 4,180.00 | N/A | N/A | 0.00 |
| NOTFILED | First Data Merchant Services | 7100-000 | 3,545.20 | N/A | N/A | 0.00 |
| NOTFILED | Sign Appeal | 7100-000 | 3,750.00 | N/A | N/A | 0.00 |
| NOTFILED | Southern Motion, Inc. | 7100-000 | 6,671.36 | N/A | N/A | 0.00 |
| NOTFILED | Lakemoor Crossings | 7100-000 | 11,813.75 | N/A | N/A | 0.00 |
| NOTFILED | Receivables Control Corporation | 7100-000 | 3,073.28 | N/A | N/A | 0.00 |
| NOTFILED | Prime Law Group, LLC | 7100-000 | 1,530.00 | N/A | N/A | 0.00 |
| NOTFILED | Fashion Bed Group A Division Of Leggett & Platt Inc. | 7100-000 | 373.40 | N/A | N/A | 0.00 |
| NOTFILED | Serta | 7100-000 | 9,866.50 | N/A | N/A | 0.00 |
| NOTFILED | Phyllis Nelson | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rosemarie Tonyan | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dale Anderson | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Joseph Schuhknecht | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Judy Cocks | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | John Dalton | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jessica Thrush | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Denise Parker | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jan Wolowicki | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Elizabeth Richards | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jamie Lemons | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Denise Robertson | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kathy Picardi | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Joe Forman | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kathleen Arneson | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pete Wodarz | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Giselle Goranson | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Mike Sears | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Robin Salisbury | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kathy Sanchez | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kathy Herrman | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Lori Moss | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $156,564.05 | $21,870.20 | $21,870.20 | $1,456.41 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83220-TML  
**Case Name:** SAVANAH'S FURNITURE & MATTRESSES, I

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 10/23/14 (f)  
**§341(a) Meeting Date:** 11/24/14

**Period Ending:** 10/18/15

**Claims Bar Date:** 04/07/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash register | 76.00 | 0.00 | | 0.00 | FA |
| 2 | Business checking account with Chase | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Security deposit with Lakemoor Crossing | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Fax/printer, computer, 2 file cabinets, rack, 3 | 1,000.00 | 163.00 | | 163.00 | FA |
| 5 | Inventory as of 10/22/14 | 55,000.00 | 55,000.00 | | 16,340.00 | FA |
| 5 | **Assets** Totals (Excluding unknown values) | **$57,176.00** | **$55,163.00** | | **$16,503.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** May 15, 2015    **Current Projected Date Of Final Report (TFR):** May 15, 2015 (Actual)

Printed: 10/18/2015 06:39 PM    V.13.25

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-83220-TML
**Case Name:** SAVANAH'S FURNITURE & MATTRESSES, I

**Taxpayer ID #:** **-***2501
**Period Ending:** 10/18/15

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** Rabobank, N.A.
**Account:** ******5266 - Checking Account
**Blanket Bond:** $8,842,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/29/15 | | Action Auctioneering | Proceeds from sale of equipment and inventory | | 16,503.00 | | 16,503.00 |
| | {4} | | Sale of computer, file cabinet, rack, desk at auction    163.00 | 1129-000 | | | 16,503.00 |
| | {5} | | Sale of inventory at auction    16,340.00 | 1129-000 | | | 16,503.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.15 | 16,480.85 |
| 03/12/15 | 101 | Action Auctioneering | Commission and Reimbursement of Expenses from Auction | | | 6,517.99 | 9,962.86 |
| | | | Commission to Auctioneer (25%)    4,125.75 | 3610-000 | | | 9,962.86 |
| | | | Auctioneer Expenses    2,392.24 | 3620-000 | | | 9,962.86 |
| 03/12/15 | 102 | Southern Motion, Inc. | Reclamation Claim for three pieces of inventory sold at auction; see Order entered March 2, 2015 | 4210-000 | | 480.00 | 9,482.86 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.05 | 9,461.81 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.60 | 9,448.21 |
| 06/25/15 | 103 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $3,791.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,791.50 | 5,656.71 |
| 06/25/15 | 104 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,400.30, Trustee Compensation;  Reference: | 2100-000 | | 2,400.30 | 3,256.41 |
| 06/25/15 | 105 | Kathy Picardi | Dividend paid 100.00% on $1,800.00; Claim# 11; Filed: $1,800.00; Reference: | 5600-000 | | 1,800.00 | 1,456.41 |
| 06/25/15 | 106 | The CIT Group/Commercial Services, Inc. | Dividend paid 6.84% on $6,334.95; Claim# 1; Filed: $6,334.95; Reference: 2422 | 7100-000 | | 433.77 | 1,022.64 |
| 06/25/15 | 107 | L & P Financial Services Co | Dividend paid 6.84% on $373.40; Claim# 2; Filed: $373.40; Reference: | 7100-000 | | 25.57 | 997.07 |
| 06/25/15 | 108 | BB&T Commercial Finance | Dividend paid 6.84% on $390.00; Claim# 3; Filed: $390.00; Reference: | 7100-000 | | 26.70 | 970.37 |
| 06/25/15 | 109 | A-America | Dividend paid 6.84% on $1,300.00; Claim# 5; Filed: $1,300.00; Reference: | 7100-000 | | 89.01 | 881.36 |
| 06/25/15 | 110 | Clipper Magazine LLC | Dividend paid 6.84% on $753.00; Claim# 6; Filed: $753.00; Reference: | 7100-000 | | 51.56 | 829.80 |
| 06/25/15 | 111 | Rowe Fine Furniture, Inc. | Dividend paid 6.84% on $8,913.85; Claim# 7; Filed: $8,913.85; Reference: | 7100-000 | | 610.35 | 219.45 |
| 06/25/15 | 112 | Rtui | Dividend paid 6.84% on $1,755.00; Claim# 8; Filed: $1,755.00; Reference: | 7100-000 | | 120.17 | 99.28 |
| 06/25/15 | 113 | Jessica Thrush | Dividend paid 6.84% on $1,450.00; Claim# | 7100-000 | | 99.28 | 0.00 |

Subtotals :    $16,503.00    $16,503.00

{} Asset reference(s)

Printed: 10/18/2015 06:39 PM    V.13.25

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-83220-TML
**Case Name:** SAVANAH'S FURNITURE & MATTRESSES, I
**Taxpayer ID #:** **-***2501
**Period Ending:** 10/18/15

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** Rabobank, N.A.
**Account:** ******5266 - Checking Account
**Blanket Bond:** $8,842,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 10; Filed: $1,450.00; Reference: | | | | |
| | | | **ACCOUNT TOTALS** | | 16,503.00 | 16,503.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 16,503.00 | 16,503.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $16,503.00 | $16,503.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5266** | 16,503.00 | 16,503.00 | 0.00 |
| | $16,503.00 | $16,503.00 | $0.00 |

{} Asset reference(s)

Printed: 10/18/2015 06:39 PM   V.13.25